# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2018

## NO. 03-18-00329-CV

### V. N. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order terminating parental rights signed by the trial court on April 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.